IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

HUNTER K. LUNDGREN,
    Plaintiff,

v.

JOSHUA HAMLETT
JAMES ZAHN
COLONEL MATT PERRY
CAPTAIN CHRISTY WALLACE
RALPH BELLO
WILLIAM "CHIP" KAIN
STATE OF TENNESSEE
    Defendants.

Docket No 3:25-cv-1093
JURY DEMAND

## AFFIDAVIT OF SERVICE

Comes now the below signed Affiant, and states as follows:

1. My name is Tresea A. Green. I am more than eighteen years of age, not a party to this action, and am competent to testify to the statements contained herein.

2. I am employed as a Paralegal for the firm of Chancey ~ Kanavos located at 121 Broad Street, SW, Cleveland, Bradley County, Tennessee 37311.

3. On October 6, 2025, I mailed the Summons and a copy of the Complaint in the above-referenced matter by certified mail, return receipt requested, with sufficient postage affixed thereon to insure delivery to State of Tennessee, Office of the Attorney General & Reporter, Jonathan Skrmetti, P.O. Box 20207, Nashville, TN 37202.

4. On October 10, 2025, I received the attached original receipt which was accepted by Melvin Gooch on October 8, 2025.

5. I have previously contacted the administrative assistant to Jonathan Skrmetti in the Attorney General's Office for the State of Tennessee who confirmed that Melvin Gooch was an

1

employee who regularly received mail for the office of General Skrmetti.

      6.      The original proof of mailing and signed receipt are attached.

FURTHER AFFIANT SAITH NOT.

SWORN TO AND SUBSCRIBED before me
This _10th_ day of _October_, 2025.

_Heather M Dycus_
NOTARY PUBLIC for the state of Tennessee
My Commission Expires: _May 6, 2026_

Tresea A. Green, Affiant
c/o Chancey ~ Kanavos
121 Broad Street, SW
Cleveland, TN 37311
423-479-9186

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | |
|---|---|
| Hunter K Lundgren<br><br>*Plaintiff(s)*<br>v.<br>Joshua Hamlett, James Zahn, Matt Perry, Christy Wallace, Ralph Bello, William "Chip" Kain, State of Tennessee<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-1093<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Tennessee
c/o Attorney General and Reporter
Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
H. Franklin Chancey
CHANCEY ~ KANAVOS
121 Broad St SW, P.O. Box 42, Cleveland, TN 37364-0042
franklin@cklplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/02/2025

*Signature of Clerk or Deputy Clerk*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**Certified Mail Fee**
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here
OCT - 6 2025

**Postage**
$

**Total Postage and Fees**
$

**Sent To**
State of TN c/o Atty Gen & Reporter
Jonathan Skrmetti
P.O. Box 20207 Nashville, TN 37202

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
State of Tennessee
c/o Attorney General & Reporter
Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202

9590 9402 9414 5002 5260 77

2. Article Number *(Transfer from service label)*
9589 0710 5270 3107 5282 21

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Melvin Gooch*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*
Melvin Gooch

C. Date of Delivery
10/8/2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt