MOTION GRANTED. Accordingly, the Initial Case Management Conference is hereby reset to January 23, 2026 at 9:00 a.m. via telephone. The parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate in the telephone conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HUNTER K. LUNDGREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSHUA HAMLETT, ) <br> JAMES ZAHN, ) <br> COLONEL MATT PERRY, ) <br> CAPTAIN CHRISTY WALLACE, ) <br> RALPH BELLO, ) <br> WILLIAM "CHIP" KAIN, and ) <br> STATE OF TENNESSEE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:25-CV-01093 <br> Judge Waverly D. Crenshaw, Jr. |

### DEFENDANT STATE OF TENNESSEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant State of Tennessee respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including January 13, 2026, to file its response to the complaint, served on Defendant State of Tennessee on October 8, 2025. Counsel for Plaintiff Hunter Lundgren has been consulted and does not oppose this extension.

This counsel anticipates representing all named defendants, waiving service for the individual defendants, and filing a single responsive pleading on behalf of all defendants. But Plaintiff's counsel has not yet served the individual defendants. Additional time is necessary for this counsel to investigate claims against all defendants, confirm representation, and confer with Plaintiff's counsel to waive service for the defendants that this counsel will represent. This request is not made to prolong justice or impede the swift resolution of this matter, but to

1

effectively respond to the complaint and conserve judicial resources. Thus, for good cause and with the agreement of Plaintiff's counsel, Defendant State of Tennessee requests an extension up to and including January 13, 2026, to respond to the complaint.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 24rth day of October 2025, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Counsel for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH