# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| HUNTER K. LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-CV-01093 |
| | ) | Judge Waverly D. Crenshaw, Jr. |
| | ) | |
| JOSHUA HAMLETT, | ) | |
| JAMES ZAHN, | ) | |
| COLONEL MATT PERRY, | ) | |
| CAPTAIN CHRISTY WALLACE, | ) | |
| RALPH BELLO, | ) | |
| WILLIAM "CHIP" KAIN, and | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS JOSHUA HAMLETT, JAMES ZAHN, MATT PERRY, CHRISTY WALLACE, RALPH BELLO, and WILLIAM KAIN'S NOTICE OF APPEARANCE

Assistant Attorney General Hollie Parrish respectfully provides notice of her appearance as counsel of record for the Defendants Trooper Joshua Hamlett, Trooper James Zahn, Colonel Matt Perry, Captain Christy Wallace, Director Ralph Bello, and Commissioner William "Chip" Kain.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov


# CERTIFICATE OF SERVICE


I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 29th day of December 2025, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Counsel for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH