IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HUNTER K. LUNDGREN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:25-CV-01093 |
| | ) Judge Waverly D. Crenshaw, Jr. |
| JOSHUA HAMLETT, | ) |
| JAMES ZAHN, | ) |
| COLONEL MATT PERRY, | ) |
| CAPTAIN CHRISTY WALLACE, | ) |
| RALPH BELLO, | ) |
| WILLIAM "CHIP" KAIN, and | ) |
| STATE OF TENNESSEE, | ) |
| Defendants. | ) |

**DEFENDANTS JOSHUA HAMLETT, JAMES ZAHN, MATT PERRY, CHRISTY WALLACE, RALPH BELLO, and WILLIAM KAIN'S UNOPPOSED MOTION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE UNTIL AFTER JANUARY 30, 2026**

Defendants Trooper Joshua Hamlett, Trooper James Zahn, Colonel Matt Perry, Captain Christy Wallace, Director Ralph Bello, and Commissioner William "Chip" Kain ("the Individual Defendants") respectfully move under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) to move or continue the initial case management conference, currently scheduled for January 23, 2026, until after January 30, 2026. Counsel for Plaintiff Hunter Lundgren has been consulted and does not oppose this extension.

There is good cause for this continuance. The Individual Defendants have agreed to waive service. In exchange, Plaintiff has agreed to permit the individual defendants to file their responsive pleadings by or before January 30, 2026. As previously agreed, the undersigned

1

counsel will also file the responsive filing on behalf of the State of Tennessee by January 13, 2026.  *See* Defendant State of Tennessee's Unopposed Motion for Extension of Time to File a Responsive Pleading, Dkt. 18 at PageID #70-71 (granting the State's motion for extension to file a response to the complaint.)  This means that the undersigned counsel will have filed *all* responsive filings by January 30, 2026.  If this Court moves the initial case management conference from January 23, 2026 to a date after the Individual and State Defendants file their responsive filings, both parties will be able to participate more meaningfully in the initial case management conference.  Thus, the Individual Defendants respectfully ask this Court to move the initial case management conference from January 23, 2026 to a date after January 30, 2026.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 29th day of December 2025, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Counsel for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH