# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HUNTER K. LUNDGREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-CV-01093 |
| | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| JOSHUA HAMLETT, | ) |
| JAMES ZAHN, | ) |
| COLONEL MATT PERRY, | ) |
| CAPTAIN CHRISTY WALLACE, | ) |
| RALPH BELLO, | ) |
| WILLIAM "CHIP" KAIN, and | ) |
| STATE OF TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT STATE OF TENNESSEE'S MOTION TO DISMISS

Defendant State of Tennessee respectfully moves to dismiss all claims against it. Plaintiff Hunter Lundgren is suing the State for the alleged §1983 and state-law violations of other defendants. This Court lacks subject matter jurisdiction over such claims because the State is entitled to Eleventh Amendment sovereign immunity. And sovereign immunity aside, the State is not subject to § 1983 liability. For these reasons and those in the contemporaneously filed supporting memorandum, this Court should dismiss all claims against the State under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 13th day of January 2026, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Counsel for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH