IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HUNTER K. LUNDGREN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No 3:25-cv-01093 |
| ) | Judge Crenshaw/Frensley |
| ) | |
| JOSHUA HAMLETT, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

### O R D E R

An Initial Case Management Conference is scheduled for February 2, 2026 at 8:30 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**