IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HUNTER K. LUNDGREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSHUA HAMLETT, ) <br> JAMES ZAHN, ) <br> COLONEL MATT PERRY, ) <br> CAPTAIN CHRISTY WALLACE, ) <br> RALPH BELLO, ) <br> WILLIAM "CHIP" KAIN, and ) <br> STATE OF TENNESSEE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:25-CV-01093 <br> Judge Waverly D. Crenshaw, Jr. |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants Joshua Hamlett, James Zahn, Colonel Matt Perry, Captain Christy Wallace, Ralph Bello, William "Chip" Kain ("these defendants") respectfully move under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an additional seven days to file their response to the complaint, due on January 30, 2026, on February 6, 2026. Counsel for Plaintiff Hunter Lundgren has been consulted and does not oppose this extension.

Due to an emergency snowstorm, the undersigned counsel has been without access to power since January 25, 2026. Many of the staff at the Attorney General's Office has also lost access to power, and it is unclear when access will return. Due to the lack of electricity and inability to travel, it will be difficult, if not impossible, to finalize the individual defendants' response by the current deadline of January 30, 2026. This is especially true because, per

1

internal policy, these defendants' responses must undergo an internal review process prior to filing. And, given the massive power outages and poor access to clear roadways, it is unlikely that internal review process can be completed at a time. Thus, for good cause and with the agreement of Plaintiff's counsel, the individual defendants' request an extension up to and including February 6, 2026, to respond to the complaint.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the January 27, 2026, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Counsel for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH