UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**HUNTER K. LUNDGREN,**                         **NO. 3:25-CV-01093**
    **Plaintiff,**                                         **JURY DEMANDED**

**v.**

**JOSHUA HAMLETT,**
**JAMES ZAHN,**
**COLONEL MATT PERRY,**
**CAPTAIN CHRISTY WALLACE,**
**RALPH BELLOW, and**
**WILLIAM "CHIP" KAIN,**
    **Defendants.**

---

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE**
**THE INITIAL CASE MANAGEMENT CONFERENCE**
**UNTIL AFTER MARCH 30, 2026**

---

Plaintiff respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) to move or continue the initial case management conference, currently scheduled for March 13, 2026, until after March 30, 2026. Counsel for Defendants has been consulted and does not oppose this extension.

There is good cause for this continuance. Plaintiff's counsel previously agreed to an extension for counsel for the Defendants to file responsive pleadings through January 13, 2026. [*See* Doc. 18, PageID #70-71] This Court reset the initial case management conference from January 23, 2026, to March 13, 2026. [Document 21 PageID # 77]

Plaintiff's counsel is unavailable and will be traveling abroad on March 13, 2026, causing him to be unable to participate in the initial case management conference even through electronic means. Thus, Plaintiff respectfully asks this Court to move the initial case management conference from March 13, 2026, to a date after March 30, 2026.

1

Respectfully submitted,<br>
HUNTER K. LUNDGREEN,<br>
Plaintiff,

**CHANCEY- KANAVOS**

BY:   /s/ H. Franklin Chancey
     H. FRANKLIN CHANCEY (BPR#013187)
     Attorney for Plaintiff
     P.O. Box 42
     Cleveland, TN 37364-0042
     (423) 479-9186
     franklin@cklplaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing pleading has been filed and served upon counsel of record via the Court's electronic filing system on this the 19th day of February, 2026:

     Hollie R. Parrish, Esq.
     Megan O. Murphy, Esq
     Assistant Attorney General
     Office of the Attorney General
     P.O. Box 20207
     Nashville, TN 37202-0207
     hollie.parrish@ag.tn.gov
     meghan.murphy@ag.tn.gov

/s/ H. Franklin Chancey<br>
H. FRANKLIN CHANCEY