MOTION GRANTED. The Initial Case Management Conference is hereby reset to April 21, 2026 at 8:30 a.m. via telephone. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**HUNTER K. LUNDGREN,**  NO. 3:25-CV-01093
    **Plaintiff,**  JURY DEMANDED

v.

**JOSHUA HAMLETT,**
**JAMES ZAHN,**
**COLONEL MATT PERRY,**
**CAPTAIN CHRISTY WALLACE,**
**RALPH BELLOW, and**
**WILLIAM "CHIP" KAIN,**
    **Defendants.**

## PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE UNTIL AFTER MARCH 30, 2026

Plaintiff respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) to move or continue the initial case management conference, currently scheduled for March 13, 2026, until after March 30, 2026. Counsel for Defendants has been consulted and does not oppose this extension.

There is good cause for this continuance. Plaintiff's counsel previously agreed to an extension for counsel for the Defendants to file responsive pleadings through January 13, 2026. [*See* Doc. 18, PageID #70-71] This Court reset the initial case management conference from January 23, 2026, to March 13, 2026. [Document 21 PageID # 77]

Plaintiff's counsel is unavailable and will be traveling abroad on March 13, 2026, causing him to be unable to participate in the initial case management conference even through electronic means. Thus, Plaintiff respectfully asks this Court to move the initial case management conference from March 13, 2026, to a date after March 30, 2026.

1

Respectfully submitted,<br>
HUNTER K. LUNDGREEN,<br>
Plaintiff,

**CHANCEY- KANAVOS**

BY: /s/ H. Franklin Chancey
    **H. FRANKLIN CHANCEY (BPR#013187)**
    Attorney for Plaintiff
    P.O. Box 42
    Cleveland, TN 37364-0042
    (423) 479-9186
    franklin@cklplaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing pleading has been filed and served upon counsel of record via the Court's electronic filing system on this the 19th day of February, 2026:

    Hollie R. Parrish, Esq.
    Megan O. Murphy, Esq
    Assistant Attorney General
    Office of the Attorney General
    P.O. Box 20207
    Nashville, TN 37202-0207
    hollie.parrish@ag.tn.gov
    meghan.murphy@ag.tn.gov

                                          /s/ H. Franklin Chancey
                                              H. FRANKLIN CHANCEY