MOTION GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**HUNTER K. LUNDGREN,**  NO. 3:25-CV-01093
    Plaintiff,  JURY DEMANDED

v.

**JOSHUA HAMLETT,
JAMES ZAHN,
COLONEL MATT PERRY,
CAPTAIN CHRISTY WALLACE,
RALPH BELLOW, and
WILLIAM "CHIP" KAIN,**
    Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

---

Plaintiff consulted with counsel of record in this matter and there is no opposition to Plaintiff's motion to amend his complaint. Plaintiff for Defendants hereby moves this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and LR 15.1. For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully requests that this Court grant it leave to file the Amended Complaint because it will clarify the dispute between the parties and will not cause any prejudice.

        Respectfully submitted,
        **HUNTER K. LUNDGREN,**
        Plaintiff, by his attorneys,

CHANCEY ~ KANAVOS

By: /s/ H. Franklin Chancey
    H. FRANKLIN CHANCEY (BPR#013187)
    Attorney for Plaintiff
    P.O. Box 42
    Cleveland, TN  37364-0042
    (423) 479-9186
    franklin@cklplaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>Hollie R. Parrish, Esq.
>Megan O. Murphy, Esq
>Assistant Attorney General
>Office of the Attorney General
>P.O. Box 20207
>Nashville, TN 37202-0207
>hollie.parrish@ag.tn.gov
>meghan.murphy@ag.tn.gov

CHANCEY ~ KANAVOS

By: /s/ H. Franklin Chancey
H. FRANKLIN CHANCEY