UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HUNTER K. LUNDGREN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:25-CV-01093 |
| JOSHUA HAMLETT, JAMES ZAHN, COLONEL MATT PERRY, CAPTAIN CHRISTY WALLACE, RALPH BELLO, and WILLIAM "CHIP" KAIN, | ) |
| Defendants. | ) |

## ORDER

Defendants Colonel Matt Perry, Captain Christy Wallace, Ralph Bello, and William "Chip" Kain moved to dismiss the Complaint (Doc. No. 27). Since then, Hunter K. Lundgren filed an Amended Complaint (Doc. No. 34), and Defendants have filed answers to the Amended Complaint (Doc. Nos. 39, 40). The motion to dismiss (Doc. No. 27) is therefore **DENIED AS MOOT**. See Parry v. Mohawk Motors of Michigan, Inc., 236 F.3d 299, 306-07 (6th Cir. 2000) (holding that an amended complaint supersedes all previous complaints); Crawford v. Tilley, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss.").

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE