# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| HUNTER K. LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-01093 |
| | ) | |
| | ) | Judge Waverly D. Crenshaw, Jr. |
| JOSHUA HAMLETT, in his official | ) | Magistrate Judge Jeffery Frensley |
| and individual capacity, | ) | |
| JAMES ZAHN, in his official and | ) | Jury Demanded |
| individual capacity, | ) | |
| COLONEL MATT PERRY, in his | ) | |
| official and individual capacity, | ) | |
| CAPTAIN CHRISTY WALLACE, | ) | |
| in her official and individual capacity | ) | |
| RALPH BELLO, in his official | ) | |
| and individual capacity | ) | |
| WILLIAM "CHIP" KAIN, in his | ) | |
| official and individual capacity | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now Senior Assistant Attorney General Meghan Murphy and respectfully provides

notice of her appearance as counsel of record for Defendants Joshua Hamlett, James Zahn, Matt

Perry, Christy Wallace, Ralph Bello, and William "Chip" Kain.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*s/ Meghan Murphy*
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 253-3890
meghan.murphy@ag.tn.gov
*Attorney for Defendants Joshua Hamlett,*
*James Zahn, Matt Perry, Christy Wallace,*
*Ralph Bello, and William "Chip" Kain*

## **CERTIFICATE OF SERVICE**

I certify a true and exact copy of the foregoing has been filed electronically and forwarded via the Court's electronic filing system on **April 21, 2026**, to the following:

H. FRANKLIN CHANCEY
Chancey-Kanavos
P.O. Box 42
Cleveland, TN 37364
*Attorney for Plaintiff*

*s/ Meghan Murphy*
MEGHAN MURPHY
Senior Assistant Attorney General