# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **HUNTER K. LUNDGREN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:25-CV-01093** |
| ) | **Judge Waverly D. Crenshaw, Jr.** |
| ) | |
| **JOSHUA HAMLETT, in his official** ) | |
| **and individual capacity,** ) | |
| **JAMES ZAHN, in his official and** ) | |
| **individual capacity,** ) | |
| **COLONEL MATT PERRY, in his** ) | |
| **official and individual capacity,** ) | |
| **CAPTAIN CHRISTY WALLACE,** ) | |
| **in her official and individual capacity** ) | |
| **RALPH BELLO, in his official** ) | |
| **and individual capacity** ) | |
| **WILLIAM "CHIP" KAIN, in his** ) | |
| **official and individual capacity** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Comes now Senior Assistant Attorney General Peako Jenkins and respectfully provides notice of

her appearance as lead counsel of record for Defendants Joshua Hamlett, James Zahn, Matt Perry, Christy

Wallace, Ralph Bello, and William "Chip" Kain

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Peako Jenkins
PEAKO JENKINS, BPR #32190
Senior Assistant Attorney
General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Peako.Jenkins@ag.tn.gov
*Attorney for Defendants Joshua
Hamlett, James Zahn, Matt
Perry, Christy Wallace, Ralph
Bello, and William "Chip" Kain*

**CERTIFICATE OF SERVICE**

I certify a true and exact copy of the foregoing has been filed electronically and forwarded via the Court's electronic filing system on August 6th, 2026, to the following:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Attorney for Plaintiff*

/s/ *Peako Jenkins*
PEAKO JENKINS