# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **HUNTER K. LUNDGREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-CV-01093** |
| | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | |
| **JOSHUA HAMLETT, in his official** | ) | |
| **and individual capacity,** | ) | |
| **JAMES ZAHN, in his official and** | ) | |
| **individual capacity,** | ) | |
| **COLONEL MATT PERRY, in his** | ) | |
| **official and individual capacity,** | ) | |
| **CAPTAIN CHRISTY WALLACE,** | ) | |
| **in her official and individual capacity** | ) | |
| **RALPH BELLO, in his official** | ) | |
| **and individual capacity** | ) | |
| **WILLIAM "CHIP" KAIN, in his** | ) | |
| **official and individual capacity** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF WITHDRAWAL

Hollie Parrish, Assistant Attorney General, respectfully submits this Notice of Withdrawal pursuant to Local Rule 83.01(g). Withdrawal is necessary because the undersigned counsel has transferred to a different position in the Tennessee Attorney General's Office and will also soon begin maternity leave. Defendants Joshua Hamlett, James Zahn, Matt Perry, Christy Wallace, Ralph Bello, and William "Chip" Kain will continue to be represented by Senior Assistant Attorneys General Meghan Murphy and Peako Jenkins.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s / Hollie R. Parrish
HOLLIE R. PARRISH, BPR 037888
*Assistant Attorney General*
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-8086
Fax: (615) 532-2541
Hollie.Parrish@ag.tn.gov
*Attorney for Defendants Joshua Hamlett, James Zahn, Matt Perry, Christy Wallace, Ralph Bello, and William "Chip" Kain*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 7th day of August 2026, upon:

H. FRANKLIN CHANCEY
P.O. Box 42
Cleveland, TN 37364
(423) 479-9186
franklin@cklplaw.com
*Attorney for Plaintiff*

/s/ *Hollie R. Parrish*
HOLLIE R. PARRISH