IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HUNTER K. LUNDGREN,<br><br>Plaintiff,<br><br>v.<br><br><br>JOSHUA HAMLETT,<br>JAMES ZAHN,<br>COLONEL MATT PERRY,<br>CAPTAIN CHRISTY WALLACE,<br>RALPH BELLO,<br>WILLIAM "CHIP" KAIN, and<br>STATE OF TENNESSEE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-CV-01093<br>Judge Waverly D. Crenshaw, Jr. |

---

FIRST JOINT CASE RESOLUTION STATUS REPORT

---

The parties confirm that they have conducted a first substantive attempt at settlement. After conducting written discovery, Plaintiff Lundgren sent a demand letter to Defendants. Defendants responded with a counteroffer. The parties have discussed their positions, and their next step will be to take depositions, then engage in mediation.



Case 3:25-cv-01093 Document 50 Filed 08/19/26 Page 1 of 2 PageID #: 317

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Peako Jenkins
PEAKO JENKINS, BPR #32190
JACOBS M. GILBERT, BPR #041852
Tennessee Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-741-8059
Fax: 615-532-2541
Email: peako.jenkins@ag.tn.gov
*Attorneys for Defendant*

/s/ H. Franklin Chancey (with permission)
H. FRANKLIN CHANCEY, BPR #013187
P.O. Box 42
Cleveland, TN 37364
423-479-9186
franklin@cklplaw.com
*Attorney for Plaintiff*